# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| AMERICAN EXPLORATION COMPANY, | : | No. 453 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN M. HARIM, JR., AND SALLY D. | : | |
| HARIM, HIS WIFE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.